William T. Marshall, Jr.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
*Attorneys for Plaintiff Susan J. Galli*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN J. GALLI<br><br>                                              Plaintiff,<br><br>— against —<br><br>PRICEWATERHOUSECOOPERS LLP NOTICE/SEVERANCE POLICY As Amended and Restated Effective February 1, 2011; PRICEWATERHOUSECOOPERS LLP; THOMAS KOVELL; COURTNEY MOORE<br><br>                                              Defendants. | Case No. 19 Civ. 7224 (LGS)<br><br>**DECLARATION OF SERVICE** |

       WILLIAM T. MARSHALL, JR. declares under the penalties of perjury:

       1.    I am a partner with Zeichner Ellman & Krause LLP, counsel of record in this proceeding on behalf of Plaintiff Susan J. Galli.

       2.    On Tuesday, August 27, 2019, I caused a copy of the initial pre-trial Order (ECF 11) and the Individual Rules and Procedures of the Honorable Lorna G. Schofield, US.D.J. to be served upon Attorney for Defendants, Stephen L. Sheinfeld, Esq., Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166-4193, by first class mail with proper, prepaid postage affixed and deposited in a depository under the exclusive control of the U.S. Postal Service.

       3.    On August 26, 2019, Mr. Sheinfeld represented to me that his firm would be accepting service for the two individual Defendants and representing all Defendants.

       I hereby declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED:  August 27, 2019

_____
WILLIAM T. MARSHALL, JR.