UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SUSAN J. GALLI                                              :
                                   Plaintiff,               :
                                                            :        19 Civ. 7224 (LGS)
                -against-                                   :
                                                            :                ORDER
PRICEWATERHOUSECOOPERS LLP                                  :
NOTICE/SEVERANCE POLICY AS                                  :
AMENDED AND RESTATED EFFECTIVE                              :
FEBRUARY 1, 2011, et al.,                                   :
                                   Defendants.              :
------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2019
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letter to Chambers dated October 28, 2019, Defendants requested leave to file in redacted form portions of the administrative record. It is hereby

**ORDERED** that Defendants' request is **GRANTED**. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Filing the above-referenced document in redacted form is necessary to prevent the unauthorized dissemination of confidential business information.

Dated:  October 29, 2019
        New York, New York

                                                _____
                                                **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**