William T. Marshall Jr. Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN J. GALLI<br><br>Plaintiff,<br><br>- against -<br><br>PRICEWATERHOUSECOOPERS LLP NOTICE/SEVERANCE POLICY As Amended and Restated Effective February 1, 2011; PRICEWATERHOUSECOOPERS LLP; PRICEWATERHOUSECOOPERS ADVISORY SERVICES, LLC; JEFFREY LAVINE: CATHERINE STAHLMANN; MARIA CALABRESE; CHERYL RIPORTI; THOMAS KOVELL; COURTNEY MOORE;<br><br>Defendants. | Docket No. 19-cv-07224-(LGS) (SN)<br><br>**ORDER:**<br><br>**(1) GRANTING CROSS-MOTION OF PLAINTIFF SUSAN J. GALLI FOR SUMMARY JUDGMENT IN WHOLE OR IN PART;**<br><br>**(2) DENYING DEFENDANTS' MOTION TO COMPEL ARBITRATION; AND**<br><br>**(3) DENYING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

This matter having been opened before the Court on the Cross-Motion of Plaintiff Susan J. Galli for summary judgment, pursuant to Fed. R. Civ. P. 56, against Defendants PricewaterhouseCoopers LLP Notice/Severance Policy As Amended and Restated Effective February 1, 2011, PricewaterhouseCoopers LLP, PricewaterhouseCoopers Advisory Services, LLC, Jeffrey Lavine, Catherine Stahlmann, Maria Calabrese, Cheryl Riporti, Thomas Kovell, Courtney Moore (collectively, "Defendants"), and the Notice having been served upon Stephen L. Sheinfeld, Esq., and B. Aubrey Smith, Esq., Winston & Strawn LLP, 200 Park Avenue, New York,

New York 10166-4193, attorneys for Defendants, and the Court having considered the papers submitted, and for good cause shown:

It is on this _____ day of _____, 2020.

**ORDERED** that Plaintiff Susan J. Galli's Cross-Motion for summary judgment be and is hereby GRANTED; and it is

**ORDERED** that Defendants' motion to compel arbitration be and is hereby denied; and

**ORDERED** that Defendants' motion for summary judgment be and is hereby denied;

**IT IS FURTHER ORDERED** that a copy of the within Order shall be served upon all counsel of record within seven (7) days of its receipt.

_____
HONORABLE LORNA G. SCHOFIELD, U.S.D.J.