UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                            :
SUSAN J. GALLI,                                             :
                                    Plaintiff,              :
                                                            :
              -against-                                     :
                                                            :
PRICEWATERHOUSECOOPERS LLP                                  :
NOTICE/SEVERANCE POLICY AS                                  :
AMENDED AND RESTATED EFFECTIVE                              :
FEBRUARY 1, 2011, et al.,                                   :          19 Civ. 7224 (LGS)
                                    Defendants.  :          20 Civ. 01640 (LGS)
------------------------------------------------------------ X
                                                            :                ORDER
SUSAN J. GALLI,                                             :
                                                            :
                                    Plaintiff,              :
                                                            :
              -against-                                     :
                                                            :
PRICEWATERHOUSECOOPERS LLP, et al.,                         :
                                                            :
                                    Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated August 13, 2020, stayed the above-captioned actions pending

arbitration.  The Order also directed the parties to file status letters every forty-five days

regarding the status of arbitration.

WHEREAS, the parties have not filed a status letter since June 20, 2024.  It is hereby

**ORDERED** that the parties shall file the required status letter as soon as possible and no

later than **August 14, 2024.**  The parties shall return to the original schedule of filing status letters

thereafter.

Dated:  August 12, 2024
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE